In the Matter of FLOYD COWART, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, Respondent.

Submitted June 27, 2005; decided August 25, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

DUANE READE, INC., Appellant, v LOCAL 338 RETAIL, WHOLESALE, DEPARTMENT STORE UNION, UFCW, AFL-CIO, et al., Respondents.

Submitted June 20, 2005; decided August 25, 2005

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the dismissal of the complaint, denied; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the Appellate Division order does not finally determine the action within the meaning of the Constitution.

CHRISTOPHER HIRALDO et al., Appellants, v ALLSTATE INSURANCE COMPANY, Respondent, et al., Defendants.

Submitted July 25, 2005; decided August 25, 2005

Motion by Property Casualty Insurer Association of America et al. for leave to appear amici curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.